# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2748

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Shawn M. Simmer, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  November 21, 2003

Filed:  December 1, 2003

_____

Before BYE, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Shawn M. Simmer appeals the sentence the district court* imposed after Simmer pleaded guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a). Simmer's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), contesting a 3-level increase under U.S.S.G. § 2B3.1(b)(2)(E) for brandishing or possessing a dangerous weapon. The record shows Simmer possessed a pellet gun or BB gun when he robbed the bank, and the teller

_____

*The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

believed Simmer was carrying a gun; thus, we conclude the district court properly applied the increase. <u>See</u> U.S.S.G. § 1B1.1, comment. (n.1(d)(ii)). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

We affirm the district court and grant counsel's motion to withdraw.

_____